# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-617-GW(CWx) | Date | September 10, 2010 |
|---|---|---|---|
| Title | *Ronald Boone, Sr., et al. v. City of Los Angeles, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                         None Present

**PROCEEDINGS (IN CHAMBERS):     COURT ORDER**


A Scheduling Conference is set for **September 27, 2010 at 8:30 a.m.** Counsel are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Trial counsel are ordered to be present. A Joint 26(f) Report shall be filed with the Court not later than September 22, 2010.

                                                                                                   :

Initials of Preparer    JG