**NO JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BOONE, SR. SHARON MOSBY, ESTATE OF RONALD BOONE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, WILLIAM BRATTON, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, LAKSHMANAN SATHYAVAGISWARAN, AND DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. CV 10-617-GW(RZx)<br><br>**JUDGMENT**<br><br>**RE: DEFENDANT CITY OF LOS ANGELES' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** |

The Defendant City of Los Angeles' Motion for Summary Judgment or Partial Summary Judgment came on regularly for hearing on August 11, 2011 before the Honorable George H. Wu. The following appearances were made by the parties: on behalf of the Plaintiffs, Attorneys Olu K. Orange and Robert N. Haferd and on behalf of Defendant, City of Los Angeles, Deputy City Attorneys Geoffrey Plowden and Wendy Shapero. After considering the moving, opposing, and reply papers, and having heard

the arguments of counsel, the Court issued its Order granting the Motion for Summary Judgment in favor of Defendant City of Los Angeles.

Therefore, for the reasons set forth by this Court granting the Summary Judgment, judgment is hereby entered in Defendant's favor and against RONALD BOONE, SR. SHARON MOSBY, ESTATE OF RONALD BOONE.  As the Defendant is the prevailing party, they shall be entitled to recover their costs reasonably incurred pursuant to F.R.C.P.

IT IS SO ORDERED:

DATED:  August 23, 2011            _____
                                   Honorable George H. Wu
                                   United States District Court Judge