HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD BOONE, SR., SHARON MOSBY, ESTATE OF RONALD BOONE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, WILLIAM BRATTON, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, LAKHSHMANAN SATHYAVAGISWARAN, AND DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. CV 10-617-GW(CWx)<br><br>[Assigned to Judge George H. Wu, Courtroom "10"]<br><br>**JUDGMENT ON ORDER GRANTING DEFENDANT CRAIG MILLER'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**Date:  August 22, 2011**<br>**Time:  8:30 a.m.**<br>**Dept.:  10**<br><br>Trial Date:         November 8, 2011 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

    Defendant CRAIG MILLER'S Motion to Dismiss and Motion to Strike plaintiffs' Second Amended Complaint came on regularly for hearing on August 22, 2011, at 8:30 a.m. in Courtroom "10" of the above-entitled Court, and the issue before the Court having been duly heard and considered, no just reason for delay of entry of judgment having been found, and a decision having been duly rendered, IT IS SO ORDERED AND ADJUDGED that:

(1) The Court's ruling on CRAIG MILLER's Motion to Dismiss and Motion to Strike plaintiffs' Second Amended Complaint with prejudice shall constitute a final judgment as to CRAIG MILLER because the Second Amended Complaint failed to state a cause of action under F.R.C.P. 12(b)(6) and CRAIG MILLER is entitled to qualified immunity, whereas:

(2) Plaintiffs RONALD BOONE, SR., SHARON MOSBY, and the ESTATE OF RONALD BOONE shall take nothing against defendant CRAIG MILLER; and

(3) Defendant CRAIG MILLER shall have judgment against plaintiffs RONALD BOONE, SR., SHARON MOSBY, and the ESTATE OF RONALD BOONE pursuant to F.R.C.P. § 54(d).

DATED: September 1, 2011

*[signature: George H. Wu]*

The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE